UNITED STATES DISTRICT COURT

MIDDLE DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-** |
| **NIKITA L. PEARL** | |

## COMPLAINT

The United States of America respectfully submits this Complaint against Defendant, Nikita L. Pearl, and alleges the following:

### Parties

1.

Plaintiff is the United States of America ("United States") proceeding in its sovereign capacity.

2.

Made defendant is Nikita L. Pearl ("Pearl"), a person of the full age of majority and a resident and domiciliary of Ascension Parish, Louisiana.

### Jurisdiction and Venue

3.

The court has jurisdiction over this action pursuant to 28 U.S.C. § 1345. This matter arises out of a breach of a Nurse Corps Scholarship Program Contract pursuant to 42 U.S.C. § 297n(g)(1)(B) through the Department of Health and Human Services (HHS).

4.

Venue is proper in this judicial district under 28 U.S.C. § 1391(b) since the defendant is domiciled in this judicial district.

**Claim for Relief**

5.

On or about August 5, 2015, Pearl electronically submitted an application to participate in the Nurse Corps Loan Repayment Program ("Nurse Corps LRP"), Section 846 of the Public Health Service Act (42 U.S.C. § 297n(d)). The application was approved, and an authorized designee of the Secretary of HHS entered into a contract with Pearl on August 26, 2015. *See* Contract attached hereto and made a part hereof as **US Exhibit 1**. *See also* Award Letter attached hereto and made a part hereof as **US Exhibit 2**.

6.

During the two-year contract, loan repayment funds totaling TWENTY-EIGHT THOUSAND ONE HUNDRED DOLLARS AND NINETY-ONE CENTS ($28,100.91) were paid to Pearl by the Federal Government. The funds were paid upon the condition that she serve full-time as a registered nurse for a period of two (2) consecutive years, beginning on August 26, 2015, and ending August 25, 2017, at a Critical Shortage Facility[1] ("CSF").

7.

Pearl worked at Southeast Community Health Systems Kenwood, Louisiana from August 26, 2015, to October 26, 2016, or a total of four hundred twenty-eight (428) days of her 730-day service obligation.

---

[1] A CSF is a public or private health care facility located in, designated as, or serving a Health Professional Shortage Area ("HPSA"). *See* Health Resources & Services Administration website (*https://bhw.hrsa.gov/funding/apply-loan-repayment/nurse-corps* (last visited December 11, 2024)).

2

8.

Pursuant to 42 U.S.C. § 297n(d)(1), participants agree to serve as nurses for a period of not less than two (2) years at a health care facility with a critical shortage of nurses. According to 42 U.S.C. § 297n(g), if a participant fails to provide the health services at an approved critical shortage facility, the participant is liable to the Federal Government for the amount of his or her award and for interest on that amount at the maximum legal prevailing rate. The amount the Federal Government is entitled to recover is due no later than three (3) years from the date of the participant's default.

9.

On September 19, 2017, Pearl was notified by letter that she had been placed in default of the conditions of her contract effective October 27, 2016, and repayment was due by October 27, 2019. *See* September 19th Letter attached hereto and made a part hereof as **US Exhibit 3**.

10.

Additional notifications and demand letters regarding the indebtedness were sent to Pearl on the following dates: December 21, 2019, January 10, 2020, November 23, 2023, and July 26, 2024.

11.

No payments have been made, and a principal balance of $28,100.91 remains on the debt.

12.

Pre-judgment interest accrues pursuant to 42 U.S.C. § 297n(g)(1)(B). Interest is charged in accordance with 45 C.F.R. § 30.18, which provides for interest to accrue from

the date of delinquency. Pearl was placed in default in October 2016, when the prevailing interest rate was 9.75%.[2]

13.

In August 2024, Treasury referred the debt for collection in the principal amount due of $28,100.91 with interest accruing at the fixed rate of 9.625%[3] per annum, or $7.41 per day.

14.

As of July 26, 2024, Pearl is indebted to the United States of America for the amount of $49,071.68, which includes unpaid principal of $28,100.91 and interest of $20,970.77. *See* Certificate of Indebtedness ("COI") attached hereto and made a part hereof as **USA Exhibit 4**. Interest continues to accrue on the unpaid balance of the debt at the rate of 9.625% per annum, or $7.41 per day.

15.

No penalties are included in the amount owed by Pearl to the United States, nor does the HHS intend to pursue Pearl to recover any penalties for her breach of the contract.

16.

Demand has been made upon Pearl by the United States Attorney for the sum due, but the amount due remains unpaid. All payments made, if any, have been applied to the balance due.

---

[2] https://www.hhs.gov/about/agencies/asfr/finance/financial-policy-library/interest-rates/index.html#2016
[3] The prevailing interest rate in October 2016 was 9.75%, but debtor is being assessed a slightly lower amount at 9.625%.

**WHEREFORE**, the United States of America prays that there be judgment herein in its favor and against Nikita L. Pearl for the principal amount of $28,100.91, plus accrued interest of $20,970.77 as of July 26, 2024, with interest accruing thereafter at the fixed rate of 9.625% per annum at the rate of $7.41 per day until date of judgment, plus post-judgment interest at the rate provided by 28 U.S.C. § 1961, and costs of suit in the amount of $405.00 as authorized by 28 U.S.C. § 1914(a) and 28 U.S.C. § 2412.

    UNITED STATES OF AMERICA, by

    RONALD C. GATHE, JR.
    UNITED STATES ATTORNEY


    /s/ Monica S. Griffith-Braud
    Monica S. Griffith-Braud, LBN 33162
    Assistant United States Attorneys
    777 Florida Street
    Baton Rouge, Louisiana 70801
    Telephone: (225) 389-0443
    Fax: (225) 336-8864
    E-mail: monica.griffith-braud@usdoj.gov